# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RONNIE SELBY,<br><br>    **Plaintiff**<br><br>v.<br><br>NANCY A. BERRYHILL,<br>    Acting Commissioner of Social Security<br><br>    **Defendant.** | Case No. 2:14-cv-00094<br><br>Judge Sharp |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 19), recommending that Plaintiff's Motion for Judgment on the Administrative Record be denied, and that the decision of the Commissioner be affirmed. Neither party has filed any objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

    (1) The R & R (Docket No. 19) is hereby ACCEPTED and APPROVED;

    (2) Plaintiff's Motion for Judgment on the Administrative Record is DENIED; and

    (3) the decision of the Commissioner is AFFIRMED.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE